1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHARON LAHEY, CSBN 263027
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone:  (415) 977-8963
6      Facsimile:  (415) 744-0134
       E-Mail:  Marla.Letellier@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELAINE MARGREAT ROSALIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-0184-CKD<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from August 26, 2015 to September 25, 2015, in which to file her Opposition to Plaintiff's Opening Brief.

This is Defendant's first request for an extension.  The Commissioner regretfully makes this request because Counsel responsible for briefing this case is unexpectedly out of the office on medical leave.  This extension is needed in order to facilitate transfer of this case to new counsel.

Stip for EOT, 2:15-cv-02352-CKD             1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: August 26, 2015        By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICE OF LAWRENCE D. ROHLFING

Dated: August 26, 2015        By: */s/ Monica Perales*
MONICA PERALES
Attorney for Plaintiff
(as approved by email on August 26, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 31, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-02352-CKD            2