BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
United States Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELAINE M. ROSALIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-00184-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

    Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), through her undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Defendant to file her response to Plaintiff's Motion For Summary Judgment And/Or Remand (the Motion) (Docket No. 14) to October 26, 2015.  Defendant requests this additional time because the attorney responsible for briefing the above-captioned case, Brenda Pullin, Esq., has been unexpectedly on leave since September 21, 2015.  This is Defendant's second request for an extension of time in the

above-captioned matter.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated:  October 5, 2015            LAW OFFICE OF LAWRENCE D. ROHLFING

                            By:    /s/ *Monica Perales*
                                   MONICA PERALES
                                   (*As authorized by e-mail on October 5, 2015)

                                   Attorneys for Plaintiff

Dated:  October 5, 2015            BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                             By    /s/ *Sharon Lahey*
                                   SHARON LAHEY
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

**<u>ORDER</u>**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND ON OR BEFORE OCTOBER 26, 2015.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE NOVEMBER 16, 2015.

Dated:  October 7, 2015

                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE